2025R00165/PJG

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cari Fais |
| | : | |
| v. | : | Magistrate. No. 26-9072 |
| | : | |
| AEDO CRUZ GONZALEZ,<br>a/k/a Edo Gonzalez-Luna,<br>a/k/a Rosendo Camarillo-Lopez,<br>a/k/a Aedo Cruz-Gonzalez,<br>a/k/a Acedo Cruz-Gonzalez, | : | **CRIMINAL COMPLAINT** |

I, Sean T. Battles, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Deportation Officer with U.S. Immigration & Customs Enforcement, and that this complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

___/s/ Sean T. Battles (PJG)_________
Sean T. Battles, Deportation Officer
U.S. Immigration & Customs Enforcement

Deportation Officer Battles attested to this Affidavit by telephone pursuant to F.R.C.P. 4.1(B)(2)(A) on this 28th day of May, 2026.

_/s/ *Cari Fais*_(PJG)_____________
Hon. Cari Fais
United States Magistrate Judge

# ATTACHMENT A

On a date on or after September 24, 2024, and on or before December 7, 2024, in Somerset County, in the District of New Jersey, and elsewhere, the defendant,

**AEDO CRUZ GONZALEZ,**
**a/k/a Edo Gonzalez-Luna,**
**a/k/a Rosendo Camarillo-Lopez,**
**a/k/a Aedo Cruz-Gonzalez,**
**a/k/a Acedo Cruz-Gonzalez,**

being an alien who was deported and removed and had departed from the United States while an order of deportation and removal was outstanding, and whose removal was subsequent to his conviction for the commission of a felony, and thereafter, without the express consent of the Secretary of Homeland Security or the Attorney General to reapply for admission prior to his reembarkation at a place outside the United States, did knowingly and voluntarily enter, and on or about December 7, 2024, was found in, the United States.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1).

**ATTACHMENT B**

I, Sean T. Battles, am a Deportation Officer of U.S. Immigration & Customs Enforcement ("ICE"). The information contained in the complaint is based upon my personal knowledge, as well as information obtained from other sources, including: (a) statements made or reported by various witnesses with knowledge of relevant facts; (b) my review of publicly available information; and (c) my review of evidence, including government records, judgement of convictions, and other documents. Because this complaint is being submitted for a limited purpose, I have not set forth every fact that I know concerning this investigation. Where the contents of documents and the actions and statements of others are reported, they are reported in substance and in part, except where otherwise indicated. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

1. At all times relevant to this Criminal Complaint, the defendant, Aedo Cruz Gonzalez a/k/a Edo Gonzalez-Luna, a/k/a Rosendo Camarillo-Lopez, a/k/a Aedo Cruz-Gonzalez, a/k/a Acedo Cruz-Gonzalez ("CRUZ GONZALEZ" or "Defendant") was a citizen of Mexico, and he was neither a citizen nor a national of the United States.

2. As part of law enforcement's investigation into CRUZ GONZALEZ, officers have gathered information from numerous sources, including, but not limited to, records of the U.S. Department of Homeland Security, including notices and orders of removal, warrants of removal and deportation, laboratory reports, and certification of the non-existence of records. Law enforcement has also gathered information from other agencies, including U.S. Border Patrol and U.S. Customs and Border Protection, and from court documents, including documents from Hillsborough Municipal Court, the Hillsborough Police Department, and the U.S. District Court for the District of Arizona.

3. Between in or around 2010 through the present, CRUZ GONZALEZ was removed from the United States approximately 12 times. At various times while he was located in the United States, CRUZ GONZALEZ was charged and convicted of committing various crimes, including felony illegal re-entry to the United States. That history is summarized below:

a. *First ICE encounter*: In or around March 2010, CRUZ GONZALEZ was sentenced in the Hillsborough Municipal Court to 180 days' incarceration for various offenses including driving while under the influence. In or around March 2011, an immigration judge granted CRUZ GONZALEZ Voluntary Departure from the United States. CRUZ GONZALEZ voluntarily departed the United States on or about May 30, 2011.

b. *First removal:* On or about June 28, 2011, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol in Arizona and was issued a Notice and Order of Expedited Removal. He was removed from the United States to Mexico on or about July 1, 2011.

c. *Second removal*: On or about July 12, 2011, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol in Arizona and was charged in the U.S. District Court for the District of Arizona with unlawful entry into the United States, in violation of 8 U.S.C. § 1325. CRUZ GONZALEZ was convicted and sentenced to 60 days' imprisonment. He was subsequently removed from the United States to Mexico on or about September 11, 2011.

d. *Third removal (following felony conviction):* On or about October 21, 2011, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol in Arizona. On or about October 24, 2011, he was charged in the U.S. District Court for the District of Arizona with illegal re-entry into the United States, in violation of 8 U.S.C. § 1326, a felony offense punishable by up to 2 years' imprisonment. CRUZ GONZALEZ was convicted and sentenced to five months' imprisonment. On or about August 20, 2012, CRUZ GONZALEZ was removed from the United States to Mexico.

e. *Fourth removal:* On or about April 27, 2016, ICE officers administratively arrested CRUZ GONZALEZ in Hillsborough, New Jersey. He was removed from the United States to Mexico on or about May 4, 2016.

f. *Fifth removal:* On or about June 25, 2016, CRUZ GONZALEZ was administratively arrested by U.S. Customs & Border Protection ("CBP") officers in Arizona and was issued a Notice and Order of Expedited Removal. He was removed from the United States to Mexico on or about June 25, 2016.

g. *Sixth removal:* On or about September 9, 2016, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in Arizona and was served with a Notice of Intent/Decision to Reinstate Prior Order. On or about September 10, 2016, CRUZ GONZALEZ was removed from the United States to Mexico.

h. *Seventh removal:* On or about August 17, 2023, and again on or about February 12, 2024, CRUZ GONZALEZ was arrested by the Hillsborough Township Police Department in New Jersey and charged with various offenses, including operating a motor vehicle with a suspended license, simple assault, and false imprisonment.

On February 13, 2024, ICE officers administratively arrested CRUZ GONZALEZ. CRUZ GONZALEZ was removed from the United States to Mexico on or about March 13, 2024.

i. *Eighth removal:* On or about August 1, 2024, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in Texas and served with a Notice of Intent/Decision to Reinstate Prior Order. CRUZ GONZALEZ was removed from the United States to Mexico on or about that same date, August 1, 2024.

j. *Ninth removal:* On or about September 11, 2024, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in Texas and was served with a Notice of Intent/Decision to Reinstate Prior Order. On or about September 12, 2024, CRUZ GONZALEZ was removed from the United States to Mexico.

k. *Tenth removal:* On or about September 15, 2024, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in New Mexico and was served with a Notice of Intent/Decision to Reinstate Prior Order. On or about September 16, 2024, CRUZ GONZALEZ was removed from the United States to Mexico.

l. *Eleventh removal:* On or about September 17, 2024, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in New Mexico and was served with a Notice of Intent/Decision to Reinstate Prior Order. On or about that same date, CRUZ GONZALEZ was removed from the United States to Mexico.

m. *Twelfth removal:* On or about September 23, 2024, CRUZ GONZALEZ was administratively arrested by U.S. Border Patrol agents in New Mexico and served with a Notice of Intent/Decision to Reinstate Prior Order. On or about September 24, 2024, CRUZ GONZALEZ was removed from the United States to Mexico.

4. Sometime after his removal on or about September 24, 2024, CRUZ GONZALEZ unlawfully reentered the United States. On or about December 7, 2024, CRUZ GONZALEZ was arrested by the Hillsborough Police Department in New Jersey and charged with exhibiting a false motor vehicle insurance card, giving false information, tampering with public records, manufacture of a false government document, and operating a motor vehicle during license suspension. On May 22, 2025, he was convicted in Somerset County Superior Court for exhibiting false motor vehicle insurance card in violation of N.J.S.A § 2C: 21-2.3B, and for

operating a motor vehicle during license suspension, in violation of N.J.S.A. § 2C:40-26B. He was sentenced to 364 days and three years' probation.

5. In connection with CRUZ GONZALEZ's arrest in New Jersey on or about December 7, 2024, law enforcement fingerprinted CRUZ GONZALEZ.

6. A request for a fingerprint comparison was sent to the Homeland Security Investigations Forensic Laboratory to compare fingerprints taken from CRUZ GONZALEZ prior to the removals described above, to fingerprints associated with CRUZ GONZALEZ's arrest in New Jersey on or about December 7, 2024. Specifically, a fingerprint specialized compared fingerprint impressions from forms associated with CRUZ GONZALEZ's removals from the United States, dated on or about June 28, 2011, July 13, 2011, May 2, 2026, June 25, 2026, September 9, 2016, February 13, 2024, July 31, 2024, September 11, 2024, September 15, 2024, and September 17, 2024, to the fingerprint impressions taken in connection with CRUZ GONZALEZ's arrest in New Jersey on or about December 7, 2024. A fingerprint specialist determined that each of the fingerprints was made by the same individual, except that the fingerprint specialist could not match the fingerprint from CRUZ GONZALEZ's September 16, 2024 removal from the other fingerprints because it lacked sufficient clarity and detail for comparison.

7. A second request for fingerprint comparison was sent to the Homeland Security Investigations Forensic Laboratory to compare the fingerprints from CRUZ GONZALEZ's removal from dated on or about September 24, 2024, to the fingerprint impressions taken in connection with CRUZ GONZALEZ's arrest in New Jersey on or about December 7, 2024. A fingerprint specialist determined that the fingerprint impressions were made by the same individual.

8. Prior to the Defendant's reentry into the United States, neither the Attorney General nor the Secretary of Homeland Security consented to the Defendant re-entering the United States. The Defendant also did not receive a waiver allowing him to re-enter the United States.